IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------     :
JACK M. DEMPSEY                                         : CASE NO. 1:01 CV 2443
                                                        :
                          Petitioner                    :
                                                        :
            -vs-                                        : <u>JUDGMENT ENTRY</u>
                                                        :
                                                        :
DAVID BOBBY, WARDEN                                     :
                                                        :
                          Respondent                    :
-----------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having contemporaneously entered its Memorandum of Opinion and Order accepting the report and recommendation of the Magistrate Judge and granting petitioner a conditional writ of habeas corpus, hereby conditionally grants petitioner Jack M. Dempsey a writ of habeas corpus that will result in the vacation of his conviction and sentence unless the State of Ohio commences a new trial against him within 120 days after this judgment becomes final.

IT IS SO ORDERED.

                                                   <u>  /s/ Lesley Wells            </u>
                                                   UNITED STATES DISTRICT JUDGE

Dated: <u>12 August 2005</u>